# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 16, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

157991(91)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

In re CHURCHILL/BELINSKI, Minors.

SC: 157991
COA: 337790
Clare CC Family Division:
  16-000046-NA

_____/

On order of the Chief Justice, the motion of respondent-appellee to extend the time for filing its supplemental brief is GRANTED. The supplemental brief will be accepted as timely filed if submitted on or before February 15, 2019.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 16, 2019



Clerk